UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -vs- | Case No. 4:04-CR-0034-HEA |
| Emmett Lee, | |
| Defendant. | |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $ __2,500.00__ to the surety of record.

_____
UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2005.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the District Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern District of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 12th day of __October__, 2005.

/s/ Cindy Kornberger
Deputy Clerk